UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeanette Van Zeeland and
Terrance Van Zeeland,

Plaintiffs,

v.

Civ. No. 01-1107 (JEL/JGL)
ORDER

Hosana DiCasta, Bob Curtis d/b/a
Curtis and Michael Production,
Tony Vicich d/b/a Tony Vicich Group,
Doug Starks, and Does 1 through 10 inclusive,

Defendants,

and

Little Six, Inc. d/b/a Mystic Lake Casino,

an indispensable Third Party.

---

David M. Van Sickle, Esq., appeared for Plaintiffs Jeanette Van Zeeland and Terrance Van Zeeland.

Steven F. Olson, Esq., BlueDog, Olson & Small, P.L.L.P., appeared for Third Party Little Six, Inc.

---

Jeanette Van Zeeland and Terrance Van Zeeland (Plaintiffs, collectively) brought this negligence action for damages they suffered as a result of injuries Ms. Van Zeeland sustained at a show at the Mystic Lake Casino. In response to Plaintiffs' service of a summons and the First Amended Complaint, Little Six, Inc. moves the Court to dismiss the complaint or to quash the summons. Little Six asserts several arguments in support of its motion to dismiss, among them that the complaint fails to state a claim upon which relief may be granted. The Court's review of the complaint reveals that it fails to state a claim against Little Six upon which relief may be granted. The Court therefore grants Little Six's motion to dismiss the complaint, *see* Fed. R. Civ. P. 12(b)(6),



FILED OCT 2 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

and declines to consider Little Six's remaining arguments. Therefore, IT IS ORDERED THAT:

1. Little Six, Inc.'s Motion to Quash or Dismiss [Docket No. 15] is GRANTED IN PART and DENIED IN PART as moot.

2. Plaintiffs Jeanette Van Zeeland and Terrance Van Zeeland's First Amended Complaint [Docket No. 2] is DISMISSED with respect to Third Party Little Six, Inc. for failure to state a claim.

Dated: October 29, 2002

JOAN ERICKSEN LANCASTER
United States District Judge