AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**District of Minnesota**

Jeaneatte Van Zeeland and Terrance Van Zeeland,

Plaintiffs,

V.

Hosana DiCasta, Bob Curtis, Tony Vicich, Doug Starks, and Does 1 through 10 inclusive,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1107 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' motion for a default judgment is granted in part and denied in part.

2. The case is stayed with respect to DiCasta.

3. Plaintiffs are entitled to a default judgment against Curtis, Vicich, and Starks.

4. Curtis, Vicich, and Starks are jointly and severally liable to Ms. Van Zeeland in the amount of $115,518.

5. Curtis, Vicich, and Starks are jointly and severally liable to Mr. Van Zeeland in the amount of $25,000.

July 10, 2003
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen, Deputy Clerk

27

Modified:03/10/03