# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JEANEATTE VAN ZEELAND AND TERRANCE VAN ZEELAND,

Plaintiffs,

v.

HOSANA DICASTA,

Defendant.

01CV1107 (JNE/JGL)

**ORDER**

---

It appearing that proceedings in the above matter having been stayed pending the disposition of bankruptcy proceedings.

**IT IS HEREBY ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of any party to move to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

Dated: August 28, 2003.

Joan N. Ericksen, Judge
United States District Court

AUG 28 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS